IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GLORIA SMALLS,<br><br>  Plaintiff,<br><br>  v.<br><br>LANDMARK HOSPITALS; WILLIAM K. KAPP, III; and WILLIAM KAPP LANDMARK HOSPITALS,<br><br>  Defendants. | CIVIL ACTION NO.: 4:19-cv-343 |

**O R D E R**

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 14), to which Plaintiff filed objections, (doc. 18). After giving Plaintiff multiple opportunities to correct pleading deficiencies, the Magistrate Judge recommended dismissing all federal claims with prejudice and any potential state law claims without prejudice. The Court finds Plaintiff's objections unavailing, particularly in light of her request to deny a motion to dismiss and grant a motion for summary judgment, neither of which have been filed. (Doc. 18, p. 2.) Indeed, any such motions would be procedurally improper because the case never made it past the screening stage, and the Court never ordered service of process on any Defendant such that their participation in the case would have been required. The Magistrate Judge's analysis of Plaintiff's pleadings is correct, and the case is due to be dismissed.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** all federal claims with prejudice and any potential state law claims without prejudice, **DIRECTS** the Clerk of Court to **CLOSE** this case

and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 13th day of April, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA