# United States District Court
## Southern District of Georgia

GLORIA SMALLS,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-343

LANDMARK HOSPITALS; WILLIAM K. KAPP, III; and
WILLIAM KAPP LANDMARK HOSPITALS,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 13, 2022, adopting the Report and Recommendation of the Magistrate Judge, the Court dismisses the Plaintiff's federal claims with prejudice and any potential state law claims without prejudice.  Plaintiff is denied leave to appeal in forma pauperis, and this case stands closed.

Approved by: _____



April 20, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020